No. 05–5601. BURGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5609. WEESE *v.* EDMONDS ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–5886. GENWRIGHT ET UX. *v.* HARNETT COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. N. C. Certiorari denied.

No. 05–5893. MENDEZ *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 05–5894. COSTA *v.* MUSSELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–5905. COOKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 05–5908. BIANCHI *v.* HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 05–5915. ALTHOUSE *v.* TEXAS (two judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 05–5916. CASTILLO ARZATE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–5919. BAILEY *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 05–5934. NEAL *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5935. MILLS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–5941. REEVES *v.* CANNIZZARO. Sup. Ct. La. Certiorari denied.

No. 05–5946. McGOWAN *v.* HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5955. RIVERA *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.